■ LINDSEY STEPHENSON, Respondent, v ANDREW P. FLEMING et al., Appellants. MARTHA KAVANAUGH, Respondent, v ANDREW P. FLEMING et al., Appellants. [965 NYS2d 919]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered February 1, 2012. The order denied the motions of defendants to dismiss the actions.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Peradotto, Lindley and Valentino, JJ.